# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOSE TINEO,

        Plaintiff,        Case No. 06-C-245

v.

UNITED STATES OF AMERICA,

        Defendant.

## OPINION AND ORDER

Construing Jose Tineo's Notice of Appeal as a request for a certificate of appealability, the court ORDERS that the request is denied because Tineo has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 17th day of March, 2006.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge