# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOSE TINEO,

        Petitioner-Appellant,        Case No. 06-C-245

    v.

UNITED STATES OF AMERICA,

        Respondent-Appellee.

## OPINION AND ORDER

        The court ORDERS that Jose Tineo's motion to proceed on appeal in forma pauperis IS DENIED. On March 17, 2006, this court denied Tineo's implied request for a certificate of appealability on the ground that Tineo had not raised a substantial constitutional issue by claiming that his rights under the Vienna Convention had been violated. See 28 U.S.C. § 2253.

        Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 20th day of April, 2006.

                                    s/ Thomas J. Curran
                                    Thomas J. Curran
                                    United States District Judge